BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7317
    FAX: (415) 436-7324
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00061 CRB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING DATE TO JANUARY 18, 2017 |
| TORRANCE EUGENE DOMINGUEZ, | |
| Defendant. | |

    The above-captioned case is currently set for sentencing on December 14, 2016 at 10:00 a.m. When the parties previously appeared for sentencing on September 21, 2016, the Court referred defendant to Pretrial Services for evaluation for placement in the Conviction Alternatives Program (CAP).

    Pretrial Services has advised the parties that the evaluation will not be complete by December 14, 2016, due to the availability of a psychiatrist who will conduct an in-custody evaluation of defendant.  As a result, both parties request that the sentencing hearing now scheduled for December 14 be vacated, and that the matter be added to the Court's calendar at 10:00 a.m. on Wednesday, January 18, 2017, or as soon thereafter as it can be heard.

STIPULATION AND ORDER
CR 16-00061 CRB                1

IT IS SO STIPULATED.

DATED: November 28, 2016

BRIAN J. STRETCH
United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: November 28, 2016

/s/
GEOFFREY A. HANSEN
Counsel for Defendant Torrance Eugene Dominguez

## ORDER

Sentencing in this matter is continued until January 18, 2017 at 10:00 a.m. in order to allow Pretrial Services to complete its evaluation of defendant for placement in CAP.

IT IS SO ORDERED.

DATED: 11/29/2016

HONORABLE CHARLES R. BREYER
United States District Judge

Attestation of Filer

In addition to myself, the other signatory to this document is Geoffrey A. Hansen. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: November 28, 2016

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney