STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-16-061 CRB |
| Plaintiff, ) | **STIPULATION TO RESCHEDULE SENTENCING AND ORDER** |
| v. ) | |
| TORRANCE DOMINGUEZ, ) | |
| Defendant. ) | |

This matter is set before the Court for sentencing on January 18, 2017 at 10:00 a.m. At the defendant's request, it is hereby stipulated that sentencing be reset for December 13, 2016 at 10:30 a.m.

IT IS SO STIPULATED.

Date: November 30, 2016    */s/*_____
                           Geoffrey A. Hansen
                           Chief Assistant Federal Public Defender

Date: November 30, 2016    */s/*_____
                           Katherine Wawrzyniak
                           Assistant United States Attorney

**IT IS SO ORDERED.**

Date: 11/30/2016

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE